# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TAMARA MILLER,** *For N.M., a Minor* | : : | |
| *Plaintiff,* | : : | **CIVIL ACTION** |
| v. | : : | |
| **NANCY BERRYHILL,** *Acting Commissioner of Social Security,* *Defendant.* | : : : | **No. 17-4789** |

## ORDER FOR
## REPORT AND RECOMMENDATION

AND NOW, this 22nd day of July, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 11), Defendant's response thereto (Doc. No. 13), Plaintiff's reply (Doc. No. 14), and the administrative record, and after careful consideration of United States Magistrate Judge David R. Strawbridge's Report and Recommendation (Doc. No. 15) and the Objections thereto (Doc. No. 16), it is **ORDERED** that, consistent with the Court's July 22, 2019 Memorandum:

1. The Report and Recommendation is **APPROVED and ADOPTED**;

2. Judgment is entered affirming the decision of the Commissioner of the Social Security Administration and Plaintiff's Request for Review (Doc. No. 11) is **DENIED**; and

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE

1